H. T. Roseland et al., appellants, v. Bert H. Laudermilk et al., appellees. Gen. No. 35,224.

Opinion filed November 9, 1931. Rehearing denied November 23, 1931.

Seymour N. Cohen, for appellants. Smith & Haddad, for certain appellee; Charles E. Smith, Jr., of counsel.

Mr. Justice Matchett delivered the opinion of the court.